IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CLINTON BRINSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BROSNAN RISK CONSULTANTS )<br>)<br>Defendant. )<br>)<br>) | 5:23-CV-00547-D |
| CLINTON BRINSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BROSNAN RISK CONSULTANTS )<br>)<br>Defendant. )<br>)<br>)<br>) | 5:23-CV-00586-M |

## ORDER

THIS MATTER is before the Court upon Defendant Brosnan Risk Consultants Motion to Consolidate, filed on November 8, 2023. For the reasons stated in Defendant's Motion and for good cause shown, the Court will grant the motion.

IT IS THEREFORE ORDERED that Defendant's Motion to Consolidate is hereby GRANTED.

SO ORDERED. This the **20** day of December, 2023.

JAMES C. DEVER III
United States District Judge